TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00336-CV

Advanced Living Technologies, Inc.; and Bank One Texas, N.A., as Trustee, Appellants

v.

ALT Acquisition Corp., Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 22,611, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A). The original motion to dismiss is submitted and dismissed. 

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Joint Motion

Filed: November 22, 1995

Do Not Publish